**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**BEV ORR**                                                    **CIVIL ACTION**

**VERSUS**                                                      **NO. 09-3419**

**THE MERIT SYSTEMS PROTECTION BOARD**          **SECTION "N" (3)**

## O R D E R

The Court, having considered the petition, the record in its entirety, the Court's Rule to Show Cause Why this Case Should Not be Dismissed for Lack of Subject Matter Jurisdiction (Doc. #10), Plaintiff's Responses to the aforesaid Rule (Doc. ## 14, 15), the applicable law, the Magistrate Judge's Report and Recommendation (Doc. #16) , and the objections filed by the plainitiff ( Doc. #17), thereto, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion.  Accordingly,

**IT IS ORDERED** that plaintiff's case be dismissed in its entirety *with* prejudice.

New Orleans, Louisiana, this _____ day _____, 2009.

_____
**UNITED STATES DISTRICT JUDGE**